```
TATANISHA RENEE LLOYD          U.S. DEPARTMENT OF ED
40 RAILROAD ALLEY              ECMC/ATTN: BANKRUPTCY
VICKSBURG, MS 39183            P.O. BOX 16408
                               SAINT PAUL, MN 55116


THOMAS C. ROLLINS, JR.         US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC     US DEPT OF JUSTICE
P.O. BOX 13767                 950 PENNSYLVANIA AVENW
JACKSON, MS 39236              WASHINGTON, DC 20530-0001


CAPITAL ONE                    US DEPT OF EDUCATION
ATTN: BANKRUPTCY               C/O U.S. ATTORNEY
P.O. BOX 30285                 501 E. COURT ST
SALT LAKE CITY, UT 84130       STE 4.430
                               JACKSON, MS 39201


CHIMEFINAL                     VICKSBURG VIDEO
ATTN: BANKRUPTCY               900 US-61
PO BOX 417                     VICKSBURG, MS 39183
SAN FRANCISCO, CA 94104


FIRST BANK
520 W SUMMIT HILL DR
KNOXVILLE, TN 37902


ONEMAIN FINANCIAL
3046 INDIANA AVE
VICKSBURG, MS 39180


PRA
P.O. BOX 41067
NORFOLK, VA 23541


RAWLINGS & MACINNIS
P.O. BOX 1789
MADISON, MS 39130


TOWER LOAN
P.O. BOX 320001
FLOWOOD, MS 39232
```