**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Tatanisha Renee Lloyd, Debtor**              **Case No. 25-02675-JAW**
                                                                            **CHAPTER 13**

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1.      That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2.      That on 10/23/2025, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3.      That on or about 03/10/2023, Debtor filed a Chapter 13 proceeding, case number 23-00622 and said case dismissed on 7/14/2025.

4.      That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5.      That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Tatanisha Renee Lloyd, Debtor**          **Case No. 25-02675-JAW**
                                                       **CHAPTER 13**

### DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
### AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 10/23/2025.

4. I previously filed bankruptcy case number 23-00622 under Chapter 13 on 3/10/2023 and that case was dismissed on 7/14/2025.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   I missed work due to illness and reduced hours.  I am now working full time again and can pay the plan payment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/2025                        /s/ Tatnisha Renee Lloyd
                                               Tatanisha Renee Lloyd

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on October 23, 2025, to:

By Electronic CM/ECF Notice:

     Case Trustee

     U.S. Trustee

                             /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr.