# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Tatanisha Renee Lloyd, Debtor           Case No. 25-02675-JAW
                                                  CHAPTER 13

## AMENDED CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on October 23, 2025, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tatanisha Renee Lloyd, Debtor                     Case No. 25-02675-JAW
                                                                              CHAPTER 13

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 10/23/2025, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about 03/10/2023, Debtor filed a Chapter 13 proceeding, case number 23-00622 and said case dismissed on 7/14/2025.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tatanisha Renee Lloyd, Debtor              Case No. 25-02675-JAW
                                                    CHAPTER 13

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 10/23/2025.

4. I previously filed bankruptcy case number 23-00622 under Chapter 13 on 3/10/2023 and that case was dismissed on 7/14/2025.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   I missed work due to illness and reduced hours.  I am now working full time again and can pay the plan payment.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 10/23/2025                    /s/ Tatnisha Renee Lloyd
                                           Tatanisha Renee Lloyd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02675 |
|---|---|
| TATANISHA RENEE LLOYD | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 10/23/2025, I did cause a copy of the following documents, described below,

Motion to Extend Automatic Stay and Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-02675 |
| TATANISHA RENEE LLOYD | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 10/23/2025, a copy of the following documents, described below,

Motion to Extend Automatic Stay and Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/23/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-02675<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU OCT 23 12-10-35 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |

CHIMEFINAL
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

FIRST BANK
520 W SUMMIT HILL DR
KNOXVILLE  TN 37902-2006

ONEMAIN FINANCIAL
3046 INDIANA AVE
VICKSBURG  MS 39180-5252

PRA
PO BOX 41067
NORFOLK  VA 23541-1067

RAWLINGS  MACINNIS
PO BOX 1789
MADISON  MS 39130-1789

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

US DEPARTMENT OF ED
ECMCATTN BANKRUPTCY
PO BOX 16408
SAINT PAUL  MN 55116-0408

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US DEPT OF EDUCATION
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | VICKSBURG VIDEO<br>900 US61<br>VICKSBURG  MS 39183 | ~~HAROLD J BARKLEY JR~~<br>~~PO BOX 4476~~<br>~~JACKSON  MS 39296-4476~~ |

| DEBTOR | EXCLUDE | |
|---|---|---|
| TATANISHA RENEE LLOYD<br>40 RAILROAD ALLEY<br>VICKSBURG  MS 39183-4000 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | |