_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: November 13, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Tatanisha Renee Lloyd, Debtor                    Case No. 25-02675-JAW
                                                            CHAPTER 13

### ORDER ON MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 11) filed by the Debtor(s) and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 12) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtor(s) is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR