_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: TATANISHA R LLOYD             Case No. 25-02675-JAW
                                                                           Chapter 13 Proceedings

**AGREED ORDER ON TOWER LOAN OF MISSISSIPPI, LLC, DOING BUSINESS AS TOWER LOAN OF VICKSBURG'S OBJECTION TO CONFIRMATION (#20)**

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#20) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The purchase money security interest claim of Tower Loan filed in the amount of $206.24 shall be treated as follows:**

**Secured:**     That **$50.00** shall be paid through the Plan together with interest at the annual till rate of 10.00% over the life of the Plan.

**Unsecured:**     That the remaining balance of the claim of **$156.24** shall be allowed as a unsecured claim to be treated pursuant to Section 5.1 of the Plan.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#20) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel_____
Prepared By:
Joseph T. McDaniel
MSB#: 106499
Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232

/s/ Thomas Carl Rollins, Jr
_____
Thomas Carl Rollins, Jr
For the Debtor
MSB#: _____
trollins@therollinsfirm.com
P.O. BOX 13767
Jackson, MS 39236

/s/ Justin B. Jones OBO
_____
Harold J. Barkley, Jr.
For the Trustee
jjones@hbarkley13.com
P.O. Box 20821
Jackson, MS 39289