United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02675-JAW
Tatanisha Renee Lloyd Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jan 20, 2026      Form ID: n031      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tatanisha Renee Lloyd, 40 Railroad Alley, Vicksburg, MS 39183-4000 |
| 5579712 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |
| 5579714 | + | U.S. Department of Ed, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 5579717 | | Vicksburg Video, 900 US-61, Vicksburg, MS 39183 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5579707 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2026 20:51:29 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5579708 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jan 20 2026 20:41:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5579709 | + | Email/Text: mhbkr@firstbankonline.com | Jan 20 2026 20:41:00 | FirstBank, 520 W Summit Hill Dr, Suite 801, Knoxville, TN 37902-2006 |
| 5579710 | + | Email/PDF: cbp@omf.com | Jan 20 2026 20:51:26 | Onemain Financial, 3046 Indiana Ave, Vicksburg, MS 39180-5252 |
| 5601660 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2026 20:51:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5579711 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2026 20:51:30 | PRA, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 5579713 | | Email/Text: bankruptcy@towerloan.com | Jan 20 2026 20:41:00 | Tower Loan, P.O. Box 320001, Flowood, MS 39232 |
| 5595018 | + | Email/Text: bankruptcy@towerloan.com | Jan 20 2026 20:41:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5579715 | ^ | MEBN | Jan 20 2026 20:39:46 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5579716 | + | Email/Text: ebone.woods@usdoj.gov | Jan 20 2026 20:41:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5606330 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 20 2026 20:41:00 | VICKSBURG CLINIC LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5606327 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 20 2026 20:41:00 | VICKSBURG HEALTHCARE LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: n031 | Total Noticed: 16 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tower Loan of Mississippi, LLC, doing business as |
| cr | *+ | FirstBank, 520 W Summit Hill Dr Suite 801, Knoxville, TN 37902-2006 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Joseph Todd McDaniel | on behalf of Creditor Tower Loan of Mississippi  LLC, doing business as Tower Loan of Vicksburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tatanisha Renee Lloyd trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02675−JAW
**Chapter:** 13

**In re:**

Tatanisha Renee Lloyd
aka Tatanisha R Lloyd
40 Railroad Alley
Vicksburg, MS 39183

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on January 20, 2026 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 20, 2026

Danny L. Miller, Clerk of Court